JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION – SANTA ANA

| | |
|---|---|
| **Murad, LLC**, <br><br> Plaintiff, <br><br> v. <br><br> **Dinh Nguyen**, <br><br> Defendant. | Case No. SACV 16-02123 AG (DFMx) <br><br> **JUDGMENT** |

The Court enters judgment for Plaintiff and against Defendant.

Defendant and any of his agents, servants, employees, and attorneys, in active concert and participation with him (the "Enjoined Parties"), are PERMANENTLY ENJOINED as follows:

- The Enjoined Parties are prohibited from advertising or selling Murad products, through the internet or otherwise;

- The Enjoined Parties are prohibited from directly or indirectly using Murad's trademarks, including advertising on the internet;

- The Enjoined Parties are prohibited from importing, exporting, manufacturing, producing, distributing, circulating, selling, offering to sell, facilitating the sale of, shipping, packaging, advertising, promoting, or displaying Murad's products, as well as products bearing Murad's trademarks;
- The Enjoined Parties are required to remove Murad's trademarks and reference to Murad's products from their websites, including www.leeeyelash.com, and their online storefronts on www.ebay.com and www.amazon.com (the "Enjoined Parties' websites");
- The Enjoined Parties are reasonably required to request removal of online search results that associate Murad's products or Murad's trademarks with the Enjoined Parties or the Enjoined Parties' websites; and
- The Enjoined Parties are reasonably prohibited from disposing of, destroying, altering, removing, concealing, or tampering with records regarding products they have sold that display Murad's trademarks.

Dated April 10, 2017

———————————————————
Hon. Andrew J. Guilford
United States District Judge